**FILED**

03/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0599

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0599

| | |
|---|---|
| ELK GROVE DEVELOPMENT COMPANY, <br><br> Appellee, Plaintiff, <br> v. <br> FOUR CORNERS COUNTY WATER AND SEWER DISTRICT <br><br> Appellant, Defendant, <br><br> ELK GROVE HOMEOWNERS ASSOCIATION, INC., a Montana Non-Profit Corporation, <br><br> Appellee, Intervenor. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Appellee Plaintiff, Elk Grove Development Company has requested an extension of time to file its answer brief in this matter. Good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted a 10-day extension of time up to and including March 30, 2020, within which to prepare, file, and serve its answer brief in this matter.

2934575

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 19 2020